**Order entered July 25, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00198-CV

**THE STATE OF TEXAS, Appellant**

**V.**

**CASH AUTO SALES, INC. F/K/A/ LARRY LAKE D/B/A CASH AUTO SALES AND VIP FINANCE OF TEXAS, INC. F/K/A TRAVIS LAKE D/B/A VIP FINANCE, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-96-11528**

## ORDER

Before the Court is appellees' July 20, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **August 23, 2018**.


/s/      ADA BROWN
         JUSTICE